# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 5, 2026

| | |
|---|---|
| No. 26-3015 | RYAN P. O'BOYLE,<br>Plaintiff - Appellant<br>v.<br><br>MARK SHEREMETA, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00895-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

A preliminary review of the short record suggests this appeal may be untimely.

Rule 4(a) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2107(a) require that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on August 31, 2026, and the notice of appeal was filed on October 1, 2026, one day late. The district court has not granted an extension of the appeal period, *see* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b). Accordingly,

**IT IS ORDERED** that appellant shall file, on or before October 19, 2026, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.

If appellant wishes to request an extension of time in which to file the notice of appeal, appellant should file an appropriate motion in the district court, not this court, as soon as possible. Appellant's jurisdictional memorandum should include a discussion of the status of any such motion.