Case: 26-3015 Document: 5 Filed: 10/21/2026 Pages: 2

U.S.C.A. – 7th Circuit
RECEIVED
OCT 21 2026 4

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

RYAN P. O'BOYLE,
Plaintiff-Appellant,
v.
MARK SHEREMETA, et al.,
Defendants-Appellees.

Appellate Case No. 26-3015
District Court Case No. 2:24-cv-00895-JPS

## APPELLANT'S JURISDICTIONAL MEMORANDUM

Pursuant to this Court's Order dated October 5, 2026, Appellant Ryan P. O'Boyle respectfully submits this Jurisdictional Memorandum to address the timely resolution of this Court's appellate jurisdiction.

1. On October 5, 2026, this Court issued a preliminary review noting that the Notice of Appeal in this civil matter was received on October 1, 2026—one day after the 30-day deadline calculated from the District Court's August 31, 2026 judgment.

2. Acknowledgeable of the rule that federal appellate timelines are strictly jurisdictional, Appellant has simultaneously filed a Motion for Extension of Time to File Notice of Appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5) in the U.S. District Court for the Eastern District of Wisconsin.

3. Appellant has requested the District Court to find excusable neglect based on a combination of extreme personal transition hardships following his recent release from incarceration, severe family medical crises (including acting as a caregiver for an ailing father and supporting a pregnant partner), a 50-hour work week, and an honest, good-faith misunderstanding regarding federal filing procedures.

4. Appellant has demonstrated extraordinary diligence and clear good faith to the District Court. On September 28, 2026—two full days before the expiration of the deadline—Appellant presented his exhaustive, complete appellate packet at the United States Post Office counter. This complete packet contained all necessary filings, specifically:
(1) the Notice of Appeal;
(2) Appellant's Docketing Statement;
(3) Plaintiff's Motion for Leave to Proceed on Appeal In Forma Pauperis;
(4) the supporting In Forma Pauperis Financial Affidavit;
(5) the Statement of Issues;
(6) the Seventh Circuit Transcript Information Sheet; and
(7) the signed Certificate of Service.

5. Having litigated this complex civil rights case for over two years while incarcerated, Appellant was heavily institutionalized to the mechanics of the "Prison Mailbox Rule," under which a pro se document is legally filed the moment it is postmarked. To ensure strict compliance, Appellant explicitly verified the timeline with the postal counter clerk on September 28th, asking, "Will this get downtown tomorrow or before the 1st?" Upon the clerk's assurance that it would go out immediately, Appellant stated, "Good. It has to be postmarked today though." Appellant relied in good faith on this interaction and his long-standing experience with pro se prison filings, only for the packet to be delayed by a 24-hour postal transit window completely outside his control.

Case: 26-3015 Document: 5 Filed: 10/21/2026 Pages: 2

6. If the District Court grants Appellant's pending FRAP 4(a)(5) motion, the Notice of Appeal will be validated retroactively, properly cementing this Court's jurisdiction over the merits of this substantial civil rights appeal.

WHEREFORE, Appellant Ryan P. O'Boyle respectfully requests that this Court hold this appeal in abeyance or stay further jurisdictional dismissal proceedings pending the U.S. District Court's final order and determination on Appellant's pending Motion for Extension of Time.

Dated: October 14, 2026

Respectfully submitted,

Ryan P. O'Boyle

Ryan P. O'Boyle, Pro Se
4715 W. Howard Avenue
Greenfield, WI 53220
ryanoboyle414@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2026, a true and correct copy of the foregoing document was served via First-Class U.S. Mail, postage prepaid, upon counsel for Defendants:

Assistant City Attorney Clint B. Muche
Office of the City Attorney
200 E. Wells Street, Room 800
Milwaukee, WI 53202

Ryan P. O'Boyle

Ryan P. O'Boyle, Pro Se