# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 17, 2026

*By the Court:*

| | |
|---|---|
| No. 26-3015 | RYAN P. O'BOYLE,<br>Plaintiff - Appellant<br><br>v.<br><br>MARK SHEREMETA, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:24-cv-00895-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

In light of the district court's November 12, 2026, order granting an extension of time to appeal,

**IT IS ORDERED** that this appeal will proceed to briefing. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by December 27, 2026.

2. The brief of the appellees is due by January 19, 2027.

3. The reply brief of the appellant, if any, is due by February 9, 2027.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).